# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

Mark S. Davis
CHIEF JUDGE

### Acknowledgement of Receipt

The court is in receipt of your complaint/petition. The case has been assigned as outlined below. Please make sure to include this case number on all future filings and correspondence made in connection with this matter.

Caption:        Patterson v. Jacobs et al

Case Number:    1:20-cv-00798-AJT-IDD

Please mail future filings and correspondence made in connection with this matter to:

Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314