Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314

Richard Patterson
WTRJ
2402 Godwin Blvd.
Suffolk VA 23434

Re: Case No, 1:20-cv-00798-AJT-IDD

July 22, 2020

Dear Sir or Madam,

I wish to dismiss the above referenced complaint, as the jail has rectified the issues in that complaint. (Eyeglasses finally issued)

I thank you for your assistance in this matter.

Respectfully,

Richard Patterson

RECEIVED
MAILROOM

JUL   7 2020

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

RICHARD PATTERSON
WESTERN TIDEWATER REG. JAIL
2402 GODWIN BLVD
SUFFOLK, VA 23434

United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

U.S. POSTAGE >> PITNEY BOWES

ZIP 23434
02   4W
0000356057   JUL 24 2020

$ 000.50°

2231435788  0081