IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| Richard Allen Patterson,<br>    Plaintiff, | )<br>)<br>) | |
| v. | ) | 1:20cv798 (AJT/IDD) |
| Doris Jacobs, et al.,<br>    Defendants. | )<br>)<br>) | |

## ORDER

Richard Allen Patterson, a Virginia inmate proceeding pro se, initiated this civil rights action pursuant to 42 U.S.C. § 1983. He has now filed motions with the Court in which he seeks to have this civil action dismissed, which the Court construes as motions to voluntarily dismiss. [Dkt. Nos. 5, 6]. Patterson seeks to dismiss his complaint because the matter has been rectified, he has received his glasses. [Id.]. The motions shall be granted. Accordingly, it is hereby

ORDERED that plaintiff's motions to voluntarily dismiss this action [Dkt. Nos. 5, 6] be and are GRANTED; and it is further

ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), this action be and is DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that the motion to proceed in forma pauperis [Dkt. No. 2, 3] is dismissed as MOOT.

The Clerk is directed to send a copy of this Order to plaintiff and to close this civil case.

_____
Anthony J. Trenga
United States District Judge

Entered this 8th day of January 2021.
Alexandria, Virginia